UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BLUE SKY PROPERTY
DEVELOPMENT &
MANAGEMENT, LLC and MED
BOTANITCAL, LLC,

    Plaintiffs,

v.     Case No.:  2:25-cv-516-SPC-NPM

WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

    Defendant.
_____/

## OPINION AND ORDER

Before the Court is the parties' Joint Motion to Consolidate Cases. (Doc. 16). The parties seek to consolidate this case with the case captioned *Blue Sky Property Development & Management, LLC and MED Botanical LLC v. Westchester Surplus Lines Insurance Company*, case number 2:25-cv-572-SPC-NPM. Both cases involve breach of the same insurance policy arising from property damages sustained during Hurricane Ian. In short, both cases involve the same parties and common questions of law and fact. Accordingly, the Court finds consolidation is appropriate under Federal Rule of Civil Procedure 42(a)(2) and Local Rule 1.07(b). The Court thus exercises its discretion to consolidate the cases for all purposes, including trial.

The parties also ask the Court to amend the scheduling order in this action to mirror the scheduling order in 2:25-cv-572-SPC-NPM. And in a separately filed Motion to Stay, they request an additional twenty days from the entry of this Order to comply with such deadlines. (Doc. 17).[1] To make matters easier, the Court amends the scheduling order such that the deadlines in the Hurricane Scheduling Order (Doc. 7) will run from the date this Order is entered.

Accordingly, it is now

**ORDERED:**

1. This parties' Joint Motion to Consolidate (Doc. 16) is **GRANTED**.

2. The Clerk is **DIRECTED** to consolidate cases 2:25-cv-516-SPC-NPM and 2:25-cv-572-SPC-NPM.

3. The Court designates this case, 2:25-cv-516-SPC-NPM, as the lead case. All subsequent filings must be made in the lead case.

4. The Hurricane Scheduling Order (Doc. 7) is amended such that the deadlines shall run from the date of this Order.

5. The Clerk is **DIRECTED** to docket notice of this Order in 2:25-cv-572-SPC-NPM. The Clerk is further **DIRECTED** to deny any

---

[1] The motion to stay otherwise asks the Court to stay both cases pending a ruling on the motion to consolidate. (Doc. 17). This motion is denied as moot.

      pending motions as moot in that case, terminate any deadlines in that case, and administratively close the file.

6.    The parties' joint motion to stay (Doc. 17) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on July 28, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

3